## Commonwealth, Appellant, *v.* Provident Trust Company of Philadelphia (No. 4).

*Geo. Ross Hull,* of *Snyder, Hull, Hull & Leiby,* with him *MacCoy, Brittain, Evans & Lewis* and *Morgan, Lewis & Bockius,* for appellant.

*Philip S. Moyer,* with him *Charles J. Margiotti,* Attorney General, for appellee.

PER CURIAM, June 29, 1935:
The judgments in these cases are affirmed on the opinion of President Judge HARGEST in the preceding case, No. 20, May Term, 1935, and upon our ruling in Com. v. Schuylkill Trust Co., 315 Pa. 429.